1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

### EASTERN DISTRICT OF CALIFORNIA

7
8

WILLIAM ROY BONNER,

9

                    Plaintiff,

10

       v.

11

GIPSON, et al.,

12

                    Defendants.

13
14
15

**Case No.  1:14-cv-00610-LJO-JLT (PC)**

**ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS IN FULL THAT ACTION
PROCEED ON PLAINTIFF'S EXCESSIVE
FORCE CLAIMS AGAINST DEFENDANTS SGT.
SCAIFE & C.O. HOLGUIN AND THAT ALL
OTHER CLAIMS AND DEFENDANTS BE
DISMISSED**

**(Docs. 1, 8, 10)**

16
17
18

        Plaintiff, William Roy Bonner, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19
20
21

        On August 28, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice that any objection to the Findings and Recommendations was to be filed within twenty days.  No Objection was filed.[1]

22
23
24
25

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

26
27
28

_____

        [1] The Findings and Recommendations was triggered by Plaintiff's decision not to file an amended complaint and to proceed only on the claims found to be cognizable by the Magistrate Judge in her order of June 11, 2014. (Docs. 8, 9.)

Accordingly, it is HEREBY ORDERED that:

1.    The Findings and Recommendations, filed July 9, 2014, is adopted in full;

2.    This action shall proceed on Plaintiff's Complaint, filed April 25, 2014, against Defendants Sgt. N. Scaife and C/O M. Holguin on Plaintiff's Eighth Amendment excessive force claims;

3.    Defendants Connie Gipson, M. Jennings, M. Gaboa, M.S. Robicheaux, A. Cruz, A. Nadai, and M.P. Hernandez  and all other claims are dismissed for Plaintiff's failure to state a claim upon which relief may be granted;

4.    the Clerk's Office shall terminate Defendants Connie Gipson, M. Jennings, M. Gaboa, M.S. Robicheaux, A. Cruz, A. Nadai, and M.P. Hernandez  as parties pursuant to their dismissal from this action; and

5.    the action is referred back to the Magistrate Judge for service and further proceedings.

IT IS SO ORDERED.

Dated:   **August 20, 2014**                    **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE

2