# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROY BONNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>N. SCAIFE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-00610 LJO JLT (PC)<br><br>ORDER AFTER SETTLEMENT CONFERENCE |

The Court held a settlement conference on September 11, 2015 at which the parties were able to come to an agreement.  Therefore, the Court **ORDERS**:

　　　1.　　The request for dismissal of the matter **SHALL** be filed no later than **January 5, 2016**;

　　2.　All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

　　Dated:　**September 14, 2015**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1