UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROY BONNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>N. SCAIFE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-00610 LJO JLT<br><br>ORDER CLOSING THE MATTER<br><br>(Doc. 32) |

On September 29, 2015, the parties filed a stipulation seeking to dismiss the action. (Doc. 32) The stipulation relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A).  Once such a notice has been filed, an order of the Court is not required to effectuate the dismissal.  Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

///

///

///

///

1

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   **September 29, 2015**                         **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE